CHRISTINE RO
V1937

FILED
SEP 20 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jony Karim Toma PITO,
aka Jony Karim TOMA,

Defendant.

Case No.: 17MJ3470

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Sec. 1546(a) – Fraud and Misuse of Entry Document (Felony)

The undersigned complainant being duly sworn states:

On or about March 29, 2017, within the Southern District of California, defendant Jony Karim Toma PITO, did knowingly present to the United States Department of Justice an application required under the immigration laws and regulations prescribed thereunder, to wit, an Application for Asylum and for Withholding of Removal [Form I-589], which contained material statements made under penalty of perjury, to wit, that he had never resided in another country other than Greece, nor applied for any lawful status in any country other than his application for the same in the United States; which the defendant then and there knew was false, in that in truth and in fact defendant had in fact resided in Germany, applied for asylum in Germany, and obtained residency status in Greece; in violation of Title 18, United States Code, Section 1546(a).

//

//

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

ROGER CARR
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 20th day of September 2017.

Hon. Karen S. Crawford
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

The complaint is based on the personal observations, investigation, and information furnished to United States Homeland Security Investigations ("HSI") Special Agent Roger Carr.

On or about September 23, 2016, Jony Karim Toma PITO, identifying himself as an Iraqi citizen, applied for admission into the United States from Mexico at the San Ysidro, California, Port of Entry via pedestrian lane. PITO was accompanied by his wife, Natia ONIANI, and their son, L.T. A U.S. Customs and Border Protection Officer ("CBPO") referred PITO and family to secondary inspection because they did not possess any valid entry documents. PITO requested political asylum in the United States for himself and his family. During routine processing, CBPOs found PITO and family inadmissible to the United States under Immigration and Naturalization Act ("INA") Section 212(a)(7)(A)(i)(I) as immigrants not in possession of valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by the INA. PITO and family were processed under the Expedited Removal provisions and ultimately referred to an Asylum Officer for a Credible Fear determination.

On or about September 24, 2016, PITO gave a sworn statement to CBPOs in Arabic. PITO denied ever using any other name or date of birth. PITO asserted that he has never resided in any country other than Greece or Iraq. PITO claimed to have

escaped threats in Iraq to Greece in 2008. PITO stated that he lived illegally in Greece without any immigration status until departing to Mexico City, MX, on or about September 20, 2016, by way of Madrid, Spain, via Aegean and Iberia Airlines.

PITO denied ever having any immigration or citizenship status whatsoever in any country other than Iraq and specifically claimed that he never applied for asylum or refugee status anywhere prior to his arrival in the U.S. PITO also denied ever being arrested anywhere in the world.

On or about October 13, 2016, PITO gave a second sworn statement to a U.S. Citizenship and Immigration Services Asylum Officer with the aid of an Arabic interpreter. PITO again claimed that he moved from Iraq on October 15, 2008, and arrived in Greece on November 25, 2008. PITO then contradicted his earlier statement (from September 24, 2016) and stated that he applied for Greek immigration status, but it was denied.

PITO then denied ever having any legal immigration status in any other county or applying for any asylum or refugee status in any other country. PITO denied being offered any type of legal or immigration status in any other country. PITO then denied ever being arrested for anything anywhere, ever being charged with any crime anywhere, or committing any crime for which he was never arrested or charged.

On or about March 29, 2017, PITO submitted an I-589 Application for Asylum and Withholding of Removal to the United States Department of Justice, Executive Office for Immigration Review, San Diego Immigration Court. PITO made the following false statements and omissions of fact on the Asylum Application:

Part A. I, Question 1, *"What other names have you used?"*

PITO answered "None."

Part A. I, Question 18a, "*When did you last leave your country?*"

PITO did not answer.

Part A. I, Question 19, *"What country issued you your last passport or travel document?"*

PITO answered "n/a" and did not answer the related questions (#20 and #21).

Part A. III, Questions 1 and 2, *Prior Residences*

PITO only listed addresses in Greece and Iraq (and his custody in the U.S.), but failed to provide any address in Germany.

Part B., Question 2, *"Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?"*

PITO answered "No" and did not disclose his arrests in Germany and Greece.

Part C, Question 2A, *"After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?"*

PITO did not mention his prior residency in Germany.

Part C, Question 2B, "*Have you, your spouse, your child(ren) or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?*"

PITO answered "No" and did not mention his prior application for asylum in Germany or resident status in Greece held by him and his wife.

PITO signed the Asylum Application certifying the veracity of its contents under penalty of perjury.

The Homeland Security Investigations (HSI) Acting Deputy Attaché to Germany confirmed with German authorities that PITO arrived in Germany in 2000 when he applied for and was granted asylum. In 2001, PITO was arrested by German authorities for Human Smuggling. In 2008, PITO departed Germany for Greece.

The HSI Assistant Attaché to Greece confirmed with Greek authorities that PITO obtained active Greek residency and work permits on/about February 22, 2015, which are current until February 21, 2018. PITO has been arrested by Greek

authorities twice. PITO's wife, ONIANI, also possesses currently active Greek residency status.

On or about September 11, 2017, PITO appeared before an Immigration Judge at the San Diego Immigration Court with the assistance of an Arabic interpreter. Under oath, with the assistance of an Arabic interpreter, PITO swore that that information provided on his Asylum Application was true and correct. PITO signed the Application a second time to this effect.